# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NASARIO SANCHEZ, ROXANNE ) <br> REYNOLDS, SHERI QUEEN, ) <br> ) <br> Defendants. ) | 8:16CR73 <br><br> ORDER |

This matter is before the court on defendant Sherri Queen's unopposed motion to continue trial [39] as counsel indicates that investigation and plea negotiations are ongoing for all three defendants. The defendant has complied with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial, **for all defendants**, currently set for June 14, 2016 is continued to **August 9, 2016.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 9, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED June 1, 2016.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**