IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR73 |
| | ) | |
| vs. | ) | |
| | ) | |
| NASARIO SANCHEZ, | ) | ORDER |
| ROXANE REYNOLDS | ) | |
| SHERI QUEEN, | ) | |
| | ) | |
| Defendants. | | |

This matter is before the court defendant Sheri Queen's Unopposed Motion to Continue Trial [52]. Counsel for all defendants are in agreement that moving the trial will assist in ongoing negotiations and investigations. The defendant has previously complied NECrimR 12.1(a). See Filing [40]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [65] is granted, as follows:

1. The jury trial, **for all defendants**, now set for August 9, 2016 is continued to **October 4, 2016.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and October 4, 2016**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED August 2, 2016.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**